COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:      01-14-00027-CV

Style:      Tory House, et al. v. The O'Quinn Law Firm, John M. O'Quinn &

Associates, L.L.P., and T. Gerald Treece as Independent Executor of

the Estate of John M. O'Quinn, Deceased

Date motion filed[*]:      November 17, 2014

Type of motions:      Amended Motion to Withdraw and Substitute Attorney

Parties filing motions:      Appellees The O'Quinn Law Firm and John M. O'Quinn &

Associates, L.L.P.'s counsel Mike O'Brien

Document to be filed:      N/A

Is appeal accelerated?      No

Ordered that motion is:

☑ Granted

   If document is to be filed, document due:

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑   Other: _____

   The amended motion to withdraw and substitute attorney is granted because substitute
   attorneys Kenneth R. Breitbeil and Norma N. Bennett filed a notice of appearance as
   co-counsel for appellees on November 13, 2014.  *See* TEX. R. APP. P. 6.2, 6.5(d).
   The Clerk of this Court is directed to remove Mike O'Brien as counsel for appellees
   The O'Quinn Law Firm and John M. O'Quinn & Associates, L.L.P. and to substitute
   Mr. Breitbeil and Ms. Bennett as lead counsel for those appellees.

Judge's signature: /s/ EvelynV. Keyes
                    ☒ Acting individually      ☐ Acting for the Court

Date:  November 20, 2014

November 7, 2008 Revision